DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CITY OF TAMPA,

Appellant,

v.

TAMPA POLICE BENEVOLENT ASSOCIATION, INC.,

Appellee.

No. 2D22-2630

_____

September 27, 2023

Appeal from the Public Employees Relations Commission.

Thomas M. Gonzalez and Natasha Khoyi of GrayRobinson, P.A., Tampa, for Appellant.

Luke Newman of Luke Newman, P.A., Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.


MORRIS, SMITH, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.